**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 147 MAL 2014
                                         :
                Respondent      :
                                         : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
                v.                   :
                                           :
                                         :
TRAVIS HENRY SEIDEL,           :
                                         :
                Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.